UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00123 |
| | ) | JUDGE TRAUGER |
| THEO PRYOR | ) | |

**Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.**

## MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

The defendant, Theo Pryor, through counsel, respectfully moves this Honorable Court for a continuance of this trial, which is currently scheduled for Tuesday, November 18, 2014, as well as all related deadlines. (D.E. 16). Counsel will show that he requires additional time to investigate Mr. Pryor's case and determine how the case should proceed, which would also include discussions with the government. There are also related state court matters which counsel must further examine in order to effectively represent Mr. Pryor. Accordingly, the undersigned requires additional time to prepare Mr. Pryor's case. In the interests of justice, it is respectfully requested that a continuance of the currently scheduled trial date be granted and that related deadlines be extended. Braden Boucek, attorney for the Government, has been contacted and has no objection to a continuance of the trial and related deadlines.

A Speedy Trial Waiver has been forwarded to Mr. Pryor and will be filed immediately upon its receipt. For these reasons, it is respectfully requested that this motion be granted for a period of at least 90 days, or to a date which is convenient to this Court.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Theo Pryor